IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT SCHWARTZENGRABER, | : CIVIL ACTION |
| *Plaintiff,* | : |
| | : No. 17-4656 |
| v. | : |
| UNITED PARCEL SERVICE, INC. FLEXIBLE BENEFITS PLAN, ET AL., | : |
| *Defendants.* | : |

## ORDER

**AND NOW,** this 8th day of January, 2018, it having been reported that the issues between the parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** pursuant to agreement of counsel without costs.

BY THE COURT:

_/s/_
MITCHELL S. GOLDBERG, J.

WBS                Fax:616105941600              Jan  8 2018  14:45           P. 02

# WUSINICH & BROGAN P.C.
ATTORNEYS AND COUNSELLORS AT LAW

JOSEPH F. WUSINICH, III †
DENNIS D. BROGAN
EDWARD C. SWEENEY
PETER F. X. CALLAHAN
DAVID V. GROW, M.D., J.D.*

† LL.M. IN TRIAL ADVOCACY
* OF COUNSEL

SUITE 200
537 WEST UWCHLAN AVENUE
DOWNINGTOWN, PENNSYLVANIA 19335
(610) 594-1600
FAX: (610) 594-6518
www.wusinichbrogan.com

PRINCIPAL OFFICE
DOWNINGTOWN

19 SOUTH HIGH STREET
WEST CHESTER, PENNSYLVANIA 19382
(610) 436-6280

522 WASHINGTON STREET
READING, PENNSYLVANIA 19601
(610) 373-8550

Direct email: esweeney@wusinichbrogan.com

PLEASE REPLY TO
DOWNINGTOWN

January 8, 2018

**Sent via facsimile (267-299-5056) and first class mail**

The Honorable Mitchell S. Goldberg
U.S. Courthouse
601 Market Street, Room 7614
Philadelphia, PA  19106-1741

RE:  Scott Schwartzengraber v. United Parcel Service, Inc. Flexible Benefits Plan
     and Aetna Life Insurance Company
     USDC, Eastern District of Pennsylvania No. 17-4656

Dear Judge Goldberg:

We are pleased to report (again) that the parties have settled the above matter. I believe this time it's a keeper. That being the case, we would ask to be excused from today's pre-trial conference scheduled for 2:30 p.m. I reported this development to your staff within the last hour. Both sides agree that you can issue a 41.1(b) Order. We assume that you will no longer need us to attend today's conference unless we hear back from your staff.

Very truly yours,

Edward C. Sweeney

ECS:lo
c:  Miriam S. Edelstein, Esquire (sent via email only - medelstein@reedsmith.com)